**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | CRIM NO.   LKG 24-CR-00187-1 |
| vs. | * | |
| FODE SITAFA MARA | * | |
| Defendant. | * | |

**CONSENT MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT WITH LEAVE OF COURT PURSUANT TO LOCAL RULE 201.3**

**COMES NOW**, MICHAEL S. ROTHMAN, as Counsel for the Defendant Fode Mara and pursuant to Local Rule 201.3, moves this Honorable Court for leave to withdraw as Counsel for the Defendant effective.  Pursuant to the Local Rules, Counsel has served the Defendant with the requisite written notice of his intention to withdraw as his Counsel and notifying Defendant MARA either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.

The Local Rules state that the Court may grant leave to withdraw his appearance as Counsel if the Defendant has been served with written notice at least seven (7) days in advance of the filing of the Motion for Leave to Withdraw.  Counsel must also file a certificate with the Court stating (a) the name and last known address of Defendant MARA, and (b) that a written notice has been served upon MARA notifying him of undersigned Counsel's intention to withdraw his appearance and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will

be proceeding without counsel.  See **Ex. A**.  If the Counsel is permitted to withdraw his appearance, the Clerk shall notify the party that the party will be deemed to be proceeding without counsel unless and until new counsel enters an appearance on behalf of the party.  See L.R. 101.2(a).

The Defendant consents to the withdrawal of undersigned Counsel's appearance, acknowledges the receipt of the notice advising him of the immediate need to either retain new counsel or to proceed without counsel pro se.  The Defendant acknowledges the service of the notice and waives the waiting period of seven (7) days before such Motion for Leave of Court can be filed.  A copy of the notice signed by the Defendant attesting to his consent and receipt of the notice is attached.  See **Ex. B**.

WHEREFORE, Counsel for the Defendant respectfully requests that this Court grant his Motion for Leave to withdraw his appearance.  A draft order is attached

                                                                 Respectfully submitted,

/s/ Michael Rothman
Michael S. Rothman
USDC  MD Bar No. 14568
226 N. Adams St.
Rockville, Maryland 20850
Telephone:  (301) 251-9660

January 17, 2025

Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that 17 January 2025, a copy of the foregoing was served on the following by the CM/ECF electronic filing system :

**Ranganath Manthripragada**
Office of the US Attorney
6500 Cherrywood Ln Ste 400
Greenbelt, MD 20770-1249
ranganath.manthripragada@usdoj.gov

**Adam William Braskich**
DOJ-Crm
Child Exploitation and Obscenity Section
1301 New York Ave. NW
Ste 11th Floor
Washington, DC 20530
202-262-6690
Fax: 202-514-1793
Email: Adam.W.Braskich@usdoj.gov

/s/ Michael Rothman
Michael S. Rothman
Date