United States of America

vs.

Fode Sitafa Mara

FILED _____ ENTERED
LOGGED _____ RECEIVED

AUG 21 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC                    DEPUTY

Criminal No. LKG-24-0187             Government's Exhibits

| Exhibit No. | Identification | Admitted  | Description     |
|-------------|----------------|-----------|-----------------|
| 1           | 8/21/2025      | 8/21/2025 | Lease agreement |
| 2           | 8/21/2025      | 8/21/2025 | Lease cable     |
| 3           | 8/21/2025      | 8/21/2025 | Memorandum MV1  |
| 4           | 8/21/2025      | 8/21/2025 | Memorandum MV2  |
|             |                |           |                 |
|             |                |           |                 |
|             |                |           |                 |
|             |                |           |                 |
|             |                |           |                 |
|             |                |           |                 |
|             |                |           |                 |

Exhibit List (Rev. 3/1999)