IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 24-cr-00187-LKG |
| FODE SITAFA MARA, | ) ) | Dated:  August 21, 2025 |
| Defendant. | ) ) ) | |

### ORDER

The Defendant filed a motion to dismiss the Indictment and a motion for bill of particulars in the above-captioned criminal matters.  ECF Nos. 33 and 34.  These motions are fully briefed.  ECF Nos. 30, 34, 38, 74 and 75.  The Defendant has also filed a motion to seal two exhibits filed in support of his motions to dismiss the Indictment and for bills of particulars.  ECF No 33.  Lastly, the Government has filed a motion to seal certain exhibits filed with its response in opposition to the Defendant's motions.  ECF No. 40.  The Court held a hearing on the motions on August 21, 2025.  ECF No. 78.  For the reasons that follow, and those stated during the hearing, the Court: (1) **DENIES** the Defendant's motions to dismiss the Indictment and for a bill of particulars (ECF No. 30); (2) **DENIES-as-MOOT** the Defendant's motion for a bill of particulars (ECF No. 34); (3) **GRANTS** the Defendant's motion to seal (ECF No. 33) and **DIRECTS** the Clerk of the Court to keep the following documents **UNDER SEAL** (ECF No. 33); and (4) **GRANTS** the Government's motion to seal (ECF No. 40); and **DIRECTS** the Clerk of the Court to keep the following documents **UNDER SEAL** (ECF Nos. 40-1, 40-2, 40-3 and 40-4).

As an initial matter, the Court DENIES the Defendant's motion to dismiss.  In this case, the Defendant, Fodé Sitafa Mara, is charged with five counts of Aggravated Sexual Abuse of a Minor, in violation of 18 U.S.C. § 2241(c) (Counts I, II, IV, V, and VI); one count of Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b) (Count III); and one count of Obstruction of Justice, in violation of 18 U.S.C. § 1512(c)(2) (Count VII).  *See* ECF No. 1.  Regarding Counts I-VI of the Indictment, both Sections 2241(c) and 2422(b) apply

extraterritorially through 18 U.S.C. § 7(9)(B).  Section 7(9)(B) applies to "offenses committed by or against a national of the United States" on "the premises of United States diplomatic, consular… other United States Government missions or entities in foreign States" and "residences in foreign States and the land appurtenant or ancillary thereto, irrespective of ownership, used for purposes of those missions or entities or used by United States personnel assigned to those missions or entities."  18 U.S.C. § 7(9)(B).  As the Government persuasively argued at the hearing, Mr. Mara is a United States national and the Government alleges that the conduct in the Indictment occurred in a residence in a foreign State that is used for the purposes of a Untied States diplomatic, consular, or other Government mission.  ECF No 1; ECF No. 40.  There can also be no genuine dispute that the obstruction of justice statute, 18 U.S.C. § 1512(c)(2), applies extraterritorially in this case through 18 U.S.C. § 1512(h).  *See* 18 U.S.C. § 1512(h) ("[t]here is extraterritorial Federal jurisdiction over an offense under this section.").  And so, the Court DENIES the Defendant's motion to dismiss the Indictment.

      Second, the Court will DENY-AS-MOOT the Defendant's motions for a bill of particulars, because the Defendant acknowledged during the hearing that the Government has provided discovery that is sufficient to enable the Defendant to obtain necessary information about the nature of the charges against him, so that he may prepare for trial in this case.  *United States v. Butler*, 885 F.2d 195, 199 (4th Cir. 1989); *see also United States v. Najera*, 585 F. App'x 185, 185 (4th Cir. 2014).

      Third, the Court will GRANT the Defendant's motion to seal two exhibits filed with his pretrial motions.  *See* ECF No. 33; *see* ECF No. 32.  No objections to this motion have been filed.  The Defendant's exhibits contain his wife's personal identifiable information and other confidential or sensitive information about United States Government operations.  ECF No. 33.  And so, the release of this information would harm the privacy rights of the Defendant and other individuals.  The Court also finds that there are no less restrictive alternatives to sealing that would sufficiently protect this sensitive information.

      Lastly, the Court will GRANT the Government's motion to seal certain exhibits filed with its response in opposition to the Defendant's motions.  ECF No. 40.  No objections to this motion have been filed.  The Government's exhibits contain sensitive State Department information about the precise location of residences used by United States personnel in Burkina Faso.  The Government represents to the Court that Burkina Faso is a country to which U.S.

nationals are advised not to travel "due to terrorism, crime, and kidnapping." *See* ECF No. 40 at 1. The Government's exhibits also contain sensitive information about the minor victims, related to the investigation of this criminal matter. And so, the Court finds that the release of this information could: (1) harm to privacy rights of the minor victims and/or United States personnel; (2) harm the security interests of the United States Government; and (3) compromise the prosecution of this case. *Id*. The Court also finds that there are no less restrictive alternatives to sealing that would sufficiently protect this information.

For the foregoing reasons, and for those stated during August 21, 2025, hearing, the Court:

(1) **DENIES** the Defendant's motions to dismiss the Indictment and for a bill of particulars (ECF No. 30);

(2) **DENIES-as-MOOT** the Defendant's motion for a bill of particulars (ECF No. 34);

(3) **GRANTS** the Defendant's motion to seal (ECF No. 33) and **DIRECTS** the Clerk of the Court to keep the following documents **UNDER SEAL** (ECF No. 32); and

(4) **GRANTS** the Government's motion to seal (ECF No. 40); and **DIRECTS** the Clerk of the Court to keep the following documents **UNDER SEAL** (ECF Nos. 40-1, 40-2, 40-3 and 40-4).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge