**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-cr-187-LKG-1** |
| | * | |
| **FODE SITAFA MARA,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## UNITED STATES'S MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM

The United States of America, by and through undersigned counsel, respectfully moves this Honorable Court for an order appointing a guardian ad litem in the above-captioned case for Minor Victim 1 and Minor Victim 2, pursuant to Title 18, United States Code, Section 3509(h).

1.      Defendant Fode Sitafa Mara is charged by indictment with committing aggravated sexual abuse against two minors, identified in the indictment as Minor Victim 1 and Minor Victim 2. ECF 1.

2.      At the time of the alleged abuse, Minor Victim 1 was 15 years old, and Minor Victim 2 was 13-14 years old. ECF 1. The government has obtained copies of the minor victims' birth certificates and has provided them to the defense in discovery. Minor Victim 1 is currently 17 years of age, while Minor Victim 2 is 16 years of age. Their ages will not change between now and the conclusion of trial, which is scheduled to begin October 21, 2025.

3.      Under 18 U.S.C. § 3509(h), this Court "may appoint, and provide reasonable compensation and payment of expenses for, a guardian ad litem for a child who was a victim of, or a witness to, a crime involving abuse or exploitation to protect the best interests of the child." 18 U.S.C. § 3509(h)(1). In making its selection of a guardian ad litem, this Court "shall

consider a prospective guardian's background in, and familiarity with, the judicial process, social service programs, and child abuse issues." The guardian ad litem, however, "shall not be a person who is or may be a witness in a proceeding involving the child for whom the guardian is appointed." *Id.*

4.      Once appointed, the guardian ad litem "may attend all the depositions, hearings, and trial proceedings in which a child participates, and make recommendations to the court concerning the welfare of the child." 18 U.S.C. § 3509(h)(2). The guardian ad litem is further permitted to "have access to all reports, evaluations and records[] . . . necessary to effectively advocate for the child." *Id.* The guardian ad litem is responsible for "marshal[ing] and coordinat[ing] the delivery of resources and special services to the child." *Id.*

5.      Further, "in a proceeding involving an alleged offense against a child," the child's guardian ad litem "may apply for an order that the child's testimony be taken in a room outside the courtroom and be televised by 2-way closed circuit television." 18 U.S.C. § 3509(b)(1)(A). Such orders are appropriate if the court finds that "the child is unable to testify in open court in the presence of the defendant" "because of fear" or because "there is a substantial likelihood, established by expert testimony, that the child would suffer emotional trauma from testifying." *Id*. at § 3509(b)(1)(B)(i)-(ii).

6.      Minor Victim 1 and 2 speak Moore and French, but not English. They have never left Burkina Faso, where they live in abject poverty. For trial, the minor victims will be flown to the United States. At trial, they will be required to recount the sexual abuse they allegedly suffered at the hands of the defendant. As government witnesses can attest, the minor victims have shown signs of significant emotional trauma that is attributable to their alleged sexual

abuse. The minor victims'' journey to the United States, and the ordeal of a federal criminal trial, will no doubt be daunting to them.

7.      If appointed, a guardian ad litem would advocate for the minor victims' best interests and would help them navigate their preparation for, and participation in, the trial that is scheduled to begin in less than two months. The guardian ad litem would be ideally suited to assess the minor victims' comfort level regarding trial testimony and decide whether to petition the court for the sort of accommodations provided for in 18 U.S.C. § 3509(b).

8.       The government has attempted to identify a prospective guardian ad litem who speaks French, which would allow the guardian to speak directly to the minor victims and build rapport with them. Government counsel has consulted with the Maryland Crime Victims Resource Center, the Virginia Court System's Guardian Ad Litem Program, and two District-of-Columbia-based organizations – the Children's Law Center and Volunteer Legal Advocates. In so doing, the government has identified a single French-speaking attorney, with extensive experience serving as a guardian ad litem, who has the capacity to take on this appointment: Marina Lyn Beckhard, Esq.

9.      Ms. Beckhard, whose curriculum vitae is attached to this motion, has served as a pro bono guardian ad litem for over eight years. She has represented the interests of at-risk children in high-conflict custody cases, including cases involving domestic violence and other trauma. She has been a practicing attorney for over 30 years. She studied French in college, including studying abroad in Paris, France, and would be comfortable communicating with the minor victims in French. Ms. Beckhard has represented to the government that she has a history of working with clients who have lived through extreme trauma and has undergone numerous

trainings on trauma-informed treatment and representation. She also has experience representing Central and West African Francophiles, including a Cameroonian asylum-seeker who had been the victim of sexual abuse and torture.

10.    The United States therefore respectfully requests that the Court appoint Ms. Marina Lyn Beckhard, Esq., as guardian ad litem to Minor Victim 1 and Minor Victim 2. A proposed order is attached for the Court's consideration.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Date:   September 2, 2025          By:   *Adam Braskich*

Adam Braskich
Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Ave. NW, 11th Floor
Washington, DC, 20005
Tel: (202) 616-4598
Fax: (202) 305-4320
Adam.W.Braskich@usdoj.gov

Ranganath Manthripragada
Brooke Oki
Assistant U.S. Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I, Adam Braskich, HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record, September 2, 2025.

/s/ *Adam Braskich*

Adam Braskich
Trial Attorney, U.S. DOJ-CEOS