EVENT_ID = 1916680



Department of Public Safety and Correctional Services
Event Summary Report

**Event Basic Information:**

| | |
|---|---|
| Event ID Number: 2025-0025082 | General Location: Housing Unit Cell |
| Facility: Chesapeake Detention Facility | Specific Location: Delta Quad 3, Cell 35 |
| Event Date/Time: 5/10/2025 11:12:00 AM | Pictures Available: |
| Event Type: Major Rule Violation Only | |

**Event Summary:**

At approximately 1112 hours, Corporal K. Robertson observed Incarcerated Individual Fode Mode (Sid # 5547648, Cell D-35) aggressively hitting the window by Door 65 after being involved in an altercation. II Mara was had blood on his shirt and face. A call for assistance (10-10) was made via radio for Delta Pod Quad 3. Responding officers arrived on scene to find II Mara standing next Cell D-36, which housed II ▇▇▇▇ (Sid # ▇▇▇▇) and II ▇▇▇▇▇▇▇▇ Sid # ▇▇▇▇, yelling "They attacked me in my cell". II Mara, II ▇▇▇▇ and II ▇▇ were escorted out the quad, seen by medical and escorted to Administrative Segregation.

**Involved Inmates:**

| FIRST NAME | SURNAME | SID | DATE_OF_BIRTH | RACE | HOUSING_ACTION | TYPE_OF_INVOLVEMENT |
|---|---|---|---|---|---|---|
| FODE | MARA | 5547648 | 11/24/1984 | Black | AS PA | Victim |
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | Black | AS PA | Perpetrator |
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | Black | AS PA | Perpetrator |
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | Black | AS PA | Perpetrator |

**Involved Non Inmates:**

| FIRSTNAME | LASTNAME | GENDER | RACE | TITLE | TYPE_OF_INVOLVEMENT |
|---|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | Male | Black | CO II | Witness |

**Sub-reports:**

| CONTRABAND | MEASUREMENT | MOR | SEARCH | SIR | USE OF FORCE |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 1 | 0 |

**Verification:**
Shift Review Event: ROBERT SMEAD on 5/19/2025
Administration Approval Event: ROBERT SMEAD on
HQ Verification: ROBERT SMEAD on

Department of Public Safety and Correctional Services

SID# 5547648  **Name** Fode Mara



Maryland Division of Correction
Case Management Assignment Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Incarcerated Individual Name: | FODE MARA | SID #: | 5547648 | DOB: | 11/24/1984 | Facility: CDF |
| Current Assignment: | CM-WJ-Segregation - Administrative | Date Assigned: | 07/21/2025 | Current Security Level: | No Info | |
| Prepared by: | Condrey, Richia | Title: | Approving Supervisor | Date: | 08/22/2025 | |

**Action Being Considered**

| Action Being Considered |
|---|
| Special Confinement Housing |

| |
|---|
| No records found |

Detainers/Open Charges: ○ No ● Yes  Federal Charge: Molestation of Minor

Escape History: ● No ○ Yes

| Parole Status | Parole Status Date | MSR Date 09/30/2025 As of 08/22/2025 10 57 |
|---|---|---|

Relevant Adjustment History:
No guilty infractions

Additional Information:
II seen for Administrative Segregation Team Review. Team recommended to II a lesser restrictive status (PC). However he declined Protective Custody. II was also asked to completed the PC Request/Waiver form but also refused to do so. Team explained the difference in AS status and PC status to II but I grew frustrated and stated that the facility will not be able to protect him. When asked if any other incident has happened, II denied it. II state that he does not wish to remain on any segregation. Team explained to II that PC is more suitable given that he still has separatees and it is still unclear of why he was attacked.

Recommended Action

| Recommended Action | Rationale |
|---|---|
| Special Confinement Housing | Rationale: Team recommends II to remain on Admin. Seg. II has retused to complete the PC Request/Waiver form. II has refused to sign the PC Request/Waiver form acknowledging his decline of PC status. |

○ Admin Review ● Team Review

| Last Name | First Name | Title | Concur Yes/No | Comment | ID | Signature | Remove |
|---|---|---|---|---|---|---|---|
| Simmons | M | Mental Health | Yes | | Verified | | |
| Luna | J | Intel | Yes | | Verified | | |
| CONDREY | RICHIA | CCMSII | Yes | | Verified | | |
| Butler | Y | Unit Manager | Yes | | Verified | | |

**Final : Concur**

Page 1 of 2

Department of Public Safety and Correctional Services

SID# 5547648      Name  Fode Mara



Maryland Division of Correction
Case Management Assignment Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Incarcerated Individual Name: | FODE MARA | SID #: | 5547648 | DOB: | 11/24/1984 | Facility: CDF |
| Current Assignment: | CM-WJ-Segregation - Administrative | Date Assigned: | 07/21/2025 | Current Security Level: | No Info | |
| Prepared by: | Condrey, Richia | Title: | Approving Supervisor | Date: | 07/25/2025 | |

Action Being Considered

| Action Being Considered |
|---|
| Special Confinement Housing |

| |
|---|
| No records found |

Detainers/Open Charges:  ○ No  ● Yes  Federal Charge: Molestation of Minor

Escape History:   ● No  ○ Yes

| Parole Status | Parole Status Date | MSR Date 08/31/2025 As of 07/25/2025 11 59 |
|---|---|---|

Relevant Adjustment History
Additional Information:

No infractions

II was physically assaulted by several IIs. II was able to identify those who has assaulted him and initial stated that he felt that he wanted to retaliate against them. He then informed team that he did not want to retaliate but will not step down if he is approached again. Per intel, they discussed II's placement with him and has disclosed the reasons it is not safe for him to return to General Pop at CDF. One of which is that he identified the assaulters but it is uncertain if there were others that he refuses to name. II was very frustrated in the review and would not allow the team to explain any more details or a plan for lesser placement. Review was ended after II stated that he didn't want to talk anymore to the team because we will "ship him out of the jail". The team informed him that they do not have control over his federal movement within the system.

Recommended Action

| Recommended Action | Rationale |
|---|---|
| Special Confinement Housing | Rationale: Team recommends II to remain on Administrative Segregation for his safety. II has declined the offer for recommended PC. |

○ Admin Review  ● Team Review

| Last Name | First Name | Title | Concur Yes/No | Comment | ID | Signature | Remove |
|---|---|---|---|---|---|---|---|
| Jackson | E | Unit Manager | Yes | | Verified | | |
| Condrey | Richia | CCMSII | Yes | | Verified | | |
| Simmons | M | Mental Health | Yes | | Verified | | |
| Ndege | B | Intel | Yes | | Verified | | |
| Gray | L | Captain | Yes | | Verified | | |

Department of Public Safety and Correctional Services

SID# 5547648    Name Fode Mara



## Maryland Division of Correction
## Case Management Assignment Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Incarcerated Individual Name: | FODE MARA | SID #: | 5547648 | DOB: | 11/24/1984 Facility: CDF | |
| Current Assignment: | CM-WJ-Segregation - Administrative | Date Assigned: | 07/21/2025 | Current Security Level: | No Info | |
| Prepared by: | Condrey, Richia | Title: | Approving Supervisor | Date: | 06/13/2025 | |

### Action Being Considered

| Action Being Considered |
|---|
| Special Confinement Housing |

| No records found |
|---|

Detainers/Open Charges:  ○ No  ● Yes    Federal Charge: Molestation of Minor

Escape History:    ● No  ○ Yes

| Parole Status | Parole Status Date | MSR Date 07/31/2025 As of 06/13/2025 10 48 |
|---|---|---|

| Relevant Adjustment History | Additional Information: |
|---|---|
| 05/13/2025 100 Dismissed 102 Dismissed Event#2025-0025082 | JII seen for Admin. Seg Team Review. JII expressed to team that he would like to be removed from Admin. Seg status. JII stated that he does not fear for his safety and has no enemies that he needs to be separated from. JII informed team that he was the victim to an assault but did not know why he was assaulted. Team informed JII that the facility cannot guarantee that the incident was isolated and only involved the two individuals. Team members also informed JII that upon having the ability to give him a lesser security status, then he would be moved. At this time, removal from Admin. Seg is not justifiable. |

### Recommended Action

| Recommended Action | Rationale |
|---|---|
| Special Confinement Housing | Rationale: Team recommends JII to remain on Administrative Segregation for his safet. JII has declined Protective Custody |

○ Admin Review  ● Team Review

| Last Name | First Name | Title | Concur Yes/No | Comment | ID | Signature | Remove |
|---|---|---|---|---|---|---|---|
| Condrey | Richia | CCMSII | Yes | | Verified | | |
| Ndege | B | Intel | Yes | | Verified | | |
| Butler | Y | Unit Manager | Yes | | Verified | | |
| Holmes | E | Mental Health | Yes | | Verified | | |

**Final : Concur**

Comment    Signature

Page 1 of 2

Department of Public Safety and Correctional Services 

SID# 5547648   Name Fode Mara

Maryland Division of Correction
Case Management Assignment Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Incarcerated Individual Name: | FODE MARA | SID #: | 5547648 | DOB: | 11/24/1984 Facility: CDF | |
| Current Assignment: | CM-WJ-Segregation - Administrative | Date Assigned: | 07/21/2025 | Current Security Level: | No Info | |
| Prepared by: | Condrey, Richia | Title: | Approving Supervisor | Date: | 05/16/2025 | |

Action Being Considered

| Action Being Considered |
|---|
| Special Confinement Housing |

| No records found |
|---|

Detainers/Open Charges:  ○ No  ● Yes  Federal Charge: Molestation of Minor

Escape History:  ● No  ○ Yes

| Parole Status | Parole Status Date |
|---|---|

MSR Date 06/30/2025 As of 05/16/2025 13 56

Relevant Adjustment History: No guilty infractions

Additional Information:

JII seen for Initial Admin. Seg Team Review. JII denied any issues between any other JIIs and himself. JII stated that he was assaulted by two assailants because he raised his voice. When asked why he would get assaulted, JII denied any other issues. JII denied having any fear for his safety. JII stated that he does not want PC status and that he wants to return to GP.

Recommended Action

| Recommended Action | Rationale |
|---|---|
| Special Confinement Housing | Rationale: Team recommends JII to remain on Admin. Seg. |

○ Admin Review  ● Team Review

| Last Name | First Name | Title | Concur Yes/No | Comment | ID | Signature | Remove |
|---|---|---|---|---|---|---|---|
| Holmes | E | Mental Health | Yes | | Verified | | |
| Ndege | B | Intel | Yes | | Verified | | |
| Condrey | Richia | CCMSII | Yes | | Verified | | |
| Butler | Y | Unit Manager | Yes | | Verified | | |

**Final : Concur**

Comment    Signature

○ Concur
○ Non Concur

Last Name:       First Name:       Title:

Page 1 of 2