## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | CRIMINAL CASE NO. 24-CR-00187-LKG |
| | : | TRIAL: TUES. 10/21/2025 |
| **FODÉ SITAFA MARA,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as Guardian *ad litem* for Minor Victim 1 and Minor Victim 2.

I certify that:  [check one that applies and complete]

☐ I am admitted to practice in this Court.

☒ I have been appointed as Guardian *ad litem* for Minor Victim 1 and Minor Victim 2 by the United States District Court for the District of Maryland pursuant to this Court's Order dated September 2, 2025.

Date:  September 10, 2025

Marina Lyn Beckhard, Esq.,

DC Bar No. 421131

1913 Abbotsford Drive, Vienna, VA 22182

mlbeckhard@gmail.com

Tel. (703) 861-0426

*Guardian ad litem*

Please select your designation:
☒GAL    ☐CJA    ☐Retained    ☐Public Defender    ☐Pro Bono

**NOTE:**    Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

---

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event Notice of Appearance.