IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 24-cr-00187-LKG |
| | * | |
| FODE SITAFA MARA, | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ****** | |

**MOTION TO APPOINT QUALIFIED INTERPRETERS FOR TRIAL TESTIMONY**

The United States of America, by and through its counsel, respectfully moves this Court pursuant to 28 U.S.C. § 1827 and Federal Rule of Evidence 604 to appoint Mooré and French interpreters for trial testimony.

I. **Background**

The government intends to call witnesses at trial what have limited to no ability to communicate in English, including Minor Victim 1 ("MV1") and Minor Victim 2 ("MV2"). The witnesses are native speakers of the Mooré language (spoken primary in Burkina Faso). Without an interpreter, these witnesses would be unable to meaningfully testify, and the jury, Court, and parties would be unable to understand the witnesses' testimony.

II. **Legal Authority**

The Court Interpreters Act, 28 U.S.C. § 1827(d)(1), provides that in any judicial proceedings instituted by the United States,

> [t]he presiding judicial officer, with the assistance of the Director of the Administrative Office of the United States Courts, shall utilize the services of the most available certified interpreter, *or when no certified interpreter is reasonably available, as determined by the presiding judicial officer, the services of an otherwise qualified interpreter*, in judicial proceedings instituted by the United States, if the presiding judicial officer determines on such officer's own motion or

1

on the motion of a party that such party (including a defendant in a criminal case), or a **witness who may present testimony in such judicial proceedings--**
      **(A) speaks only or primarily a language other than the English language**
      (B) suffers from a hearing impairment (whether or not suffering also from a speech impairment)
      so as to inhibit such party's comprehension of the proceedings or communication with counsel or the presiding judicial officer, or so as to inhibit such witness' comprehension of questions and the presentation of such testimony.

28 U.S.C. § 1827(d)(1).

### III. Government Witnesses would be Inhibited from Participating In The Trial Absent Interpreters

U.S. Court certification programs have only been established for Spanish, Navajo, and Haitian Creole. *See* United States Courts, Interpreter Categories, (https://www.uscourts.gov/court-programs/federal-court-interpreters/interpreter-categories). Thus, the Government has secured two interpreters who can provide accurate interpretation from Mooré into English and French into English.

Mr. Brice Sidnoma Ouedraogo is a native speaker of Mooré and has provided interpretation services in Mooré to English for immigration court proceedings and for law firms preparing for criminal hearings. *See* Ex. A, Ouedraogo Resume and Ex. B, Ouedraogo Moore-English Interpretation Record. For over 7 years, Mr. Ouedraogo has been certified by the American Council on the Teaching of Foreign Languages in Mooré to English translation and by the Southern California School of Interpretation as a professionally qualified interpreter in Mooré. *Id.*

Mr. Antoine Zoundi is a native speaker of Mooré and has over 20 years of experience with interpretation and translation services in Mooré, French, and English. He has interpreted Mooré, French, and English at conferences for the United Nations, World Bank, World Health Organization and other international organizations. *See* Ex. C, Zoundi Resume. Mr. Zoundi is a member in good standing in the Association Internationale des Interprètes de Conférence in the

French—English language pair and is thus a professionally qualified interpreter under federal U.S. Court standards. *See* Ex. D, AIIC page. He has a master's degree in Interpreting and Translation in, amongst other languages, French, English, and Mooré. *Id.* He has numerous certificates in interpreting services, including from the Cambridge Conference Interpretation Course, in Cambridge, United Kingdom. *Id.* Finally, Mr. Zoundi has provided interpreting services in state court hearings in New Jersey.

Appointment of the interpreters is necessary to ensure the fairness of the trial, to allow the jury to evaluate the testimony, and to preserve the defendant's Sixth Amendment rights to confrontation and due process.

Accordingly, the United States respectfully requests that the Court:

a. Appoint, as qualified interpreters in the Mooré language, Mr. Brice Sidnoma Ouedraogo and Mr. Antoine Zoundi, for the testimony of the Government's witnesses at trial;

b. Appoint, as a qualified interpreters in the French language, Mr. Antoine Zoundi, for the testimony of the Government's witnesses at trial;

c. Administer the oath to the interpreters consistent with Fed. R. Evid. 604; and

d. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:      /s/
Brooke Oki
Ranganath Manthripragada
Assistant United States Attorneys

Adam Braskich
Department of Justice
Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice of such filing to all users.

/s/ Brooke Oki
Brooke Oki
Assistant United States Attorney
