CASE NUMBER: LKG 24-0187
CASE NAME: USA v. FODE MARA

FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT 31 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC  DEPUTY

During examination, was there witness testimony that would be considered stricken?

JUROR NUMBER: ▮▮▮▮

DATE: 10/31/25
TIME: 9:52

Jury Note (Rev. 2/2009)

CSO: [signature]
Time: 09:56
Date: 10/3/25

CASE NUMBER: LKG 24-0187
CASE NAME: USA v. FODE MARA

REGARDING COUNT THREE:
PART OF THE WHATSAPP CONVERSATION LEADING UP TO NOVEMBER 12 OCCURRED OUTSIDE OF THE JURISDICTION OF THE UNITED STATES YET WAS SUBMITTED AND PRESUMABLY ACCEPTED AS EVIDENCE. A CLARIFICATION IS REQUESTED ON HOW THE JURY SHOULD WEIGH AND CONSIDER THIS EVIDENCE.

JUROR NUMBER: ▮

DATE: 10/31/25
TIME: 10:07

Jury Note (Rev. 2/2009)



CSO: Owens
Time: 10:11
Date: 10/31/2025

CASE NUMBER: LKG 24-0187
CASE NAME: USA v. FODE MARA

We're unable to come to an unanimous verdict for count 5. Everything else is done. All other counts have been voted on. Any direction on this would be welcomed

JUROR NUMBER [redacted]

DATE: [redacted] 10/31/25
TIME: 15:20

Jury Note (Rev. 2/2009)

CSO: S Shropshire
Time: 3:20
Date: 10/31/25

CASE NUMBER: LKG 24-0187
CASE NAME: USA v. FODE MARA

We've reached a verdict

JUROR NUMBER: █████

DATE: 10/31/25
TIME: 16:24

Jury Note (Rev. 2/2009)



VGG PM
10/31/25
An Frederick CSU

CSO: _____
Time: _____
Date: _____