IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> FODE SITAFA MARA, ) <br> ) <br> Defendants. ) <br> ) | Criminal Case No. 24-cr-00187-LKG <br><br> ___ FILED ___ ENTERED <br> ___ LOGGED ___ RECEIVED <br><br> OCT 31 2025 <br><br> AT GREENBELT <br> CLERK, U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br> BY _____ DEPUTY |

## VERDICT FORM

1. How do you find defendant **FODE SITAFA MARA** as to **COUNT ONE** – Aggravated Sexual Abuse of Minor Victim 1, ▅▅▅▅▅▅ on or about May 13, 2023, through on or about May 20, 2023?

    Guilty __X__     Not Guilty _____

2. How do you find defendant **FODE SITAFA MARA** as to **COUNT TWO** – Aggravated Sexual Abuse of Minor Victim 1, ▅▅▅▅▅▅ on or about October 24, 2023?

    Guilty __X__     Not Guilty _____

3. How do you find defendant **FODE SITAFA MARA** as to **COUNT THREE** – Coercion and Enticement of Minor Victim 1, ▅▅▅▅▅▅, on or about November 12, 2023?

    Guilty __X__     Not Guilty _____

4. How do you find defendant **FODE SITAFA MARA** as to **COUNT FOUR** – Aggravated Sexual Abuse of Minor Victim 2, ▅▅▅▅▅▅ on or about November 5, 2022, through on or about February 18, 2023?

    Guilty __X__     Not Guilty _____

5. How do you find defendant **FODE SITAFA MARA** as to **COUNT FIVE** – Aggravated Sexual Abuse of Minor Victim 2, ▅▅▅▅▅▅ on or about November 5, 2022, through on or about March 8, 2023?

    Guilty _____     Not Guilty __X__

1

6. How do you find defendant **FODE SITAFA MARA** as to **COUNT SIX** – Aggravated Sexual Abuse of Minor Victim 2, ▮▮▮▮▮▮▮▮ on or about October 2023?

   Guilty __X__      Not Guilty _____

7. How do you find defendant **FODE SITAFA MARA** as to **COUNT SEVEN** – Obstruction of Justice on or about November 13, 2023?

   Guilty __X__      Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

__10/31/2025__
DATE

▮▮▮▮▮▮▮▮
FOREPERSON

2