# VICTIM IMPACT STATEMENT

Victim Name: ██████████ [MV1]

Case Name: U.S. v. Fode Sitafa Mara          Court Docket #: 24-CR-00187-LKG

Date of Sentencing: Feb 26, 2026 10:00 AM          Judge: Lydia Kay Griggsby

If you need additional space for any question, please attach an additional sheet of paper or write on the back of the page.

**How have you and members of your family been affected overall by this crime?**

For me, this situation is indescribable because I never imagined that I would experience something like this in my life, nor did I expect it to affect me so deeply. It has left me traumatized, fragile, and constantly overwhelmed by a sense of guilt. I keep asking myself questions, wondering what I could or should have done differently, but I feel powerless facing myself because I was unable to defend myself. It feels as though I failed in my role as a protector, especially toward my sister, whom I was unable to protect.

To be honest, I continue to experience this situation with great difficulty.
As for my family, it feels like a sudden collapse; the hope and trust we had placed in the MARA family for their support were abruptly shattered. All of this has shown us that we can no longer rely on the help of strangers.

**How has the crime affected you and your family's lifestyle?**

Personally, this situation has caused me to withdraw into myself. I avoid social interactions, especially with men, and I isolate myself. I relive the events from time to time and honestly try to avoid people in general because I feel that they judge me or see everything about me through the lens of what happened.

At the family level, everything has changed. There is a lack of communication, mistrust, and a loss of closeness. The relationship between brothers and sisters has been negatively affected, especially the one between my sister and me because no one trusts the other. This is really an embarrassing situation.

**Has the crime affected your ability to work, make a living, run a household, go to school, etc?**

It has deeply disrupted me at school. I have had great difficulty concentrating. Every time I try to focus, memories of what happened come back to me in class, overwhelm my thoughts, and make me lose focus. This happens very often. It often happens that I cry in class, even during lessons. Most of the time, it is when I am alone that I think about it even more. After studying my lessons, I quickly forget them, but I make efforts to keep going and hold on. I no longer have the enthusiasm to help my mother with household chores, and I feel less energetic and less motivated.

**Have you experienced any of the following reactions to the crime?**
**Please realize these are normal reactions to a traumatic event.**

Anger __X_ Anxiety __X_ Fear _X_ Grief _X_ Guilt _X_ Numbness _X_ Depression X__
Sleep Loss _X_ Nightmares _X_ Chronic Fatigue __ Forgetfulness _X_ Trouble Concentrating _X_

**Other Reactions:** Irritability, frequent urination day and night

**Have you or your family gone to therapy or counseling as a result of the crime? Please explain.**

As a victim, I personally attended several psychological support sessions (at least 15 session). During these sessions, I was able to meet with a psychologist who helped me express myself and share my experiences without judgment. The advice and moral support I received helped restore my confidence and gave me the strength and determination to continue fighting. I greatly appreciate this psychological support.

As for my family, they did not attend psychiatric sessions. However, they received support through phone calls from the psychologist, during which practical advice was provided, as well as visits and material support.

**Were you physically injured as a result of the crime? If so, please describe your injuries and any medical treatment received.**

Physically, I was injured, as I suffered tears and bleeding during the rape. I experienced severe headaches, nausea, and pain in my lower abdomen.

No, I did not receive medical care because no one was aware of my situation.

In addition to this, I felt a deep sense of being defiled, of having lost something precious.

**Do you feel the defendant continues to be a threat to you, your family or the community?**

Certainly, the accused still represents a threat to me, as I fear that once released, he may find me and seek retaliation. As for my family, they share the same fears, as they did not respect anonymity despite the recommendations made regarding the accused.

For the community, we fear that other minors like me may suffer the same fate.

**What are your thoughts regarding the sentence the Court should impose on the defendant?**

As for me, I fully rely on the Court regarding the sentence.

**Restitution:**

Have you or anyone on your behalf initiated civil action against any party as a result of this offense?

YES_____ NO_____

If YES, please state the case name, docket number and court of jurisdiction:

**Please list any and all damages and or expenses incurred as a result of this crime. Itemize each expense individually and total the amount. Include medical expenses, including counseling, lost, or damaged property, lost wages, etc. Include receipts or other documentation where possible. You may be asked to testify as to the losses listed on your impact statement, so your statements must be accurate and truthful. This information is important in order to request proper restitution for you at sentencing. It does not guarantee that restitution will be ordered or that it will be paid immediately. But, without this information, restitution cannot occur.**

The psychological counseling was covered by the KEOGO Association.

**Is there anything else you would like the Judge to know? If you need additional space for any question, please attach an additional sheet of paper or write on the back of this page.**

- I respectfully request that appropriate compensation be granted at the judge's discretion.
- There is a need to continue the psychological support.

**Signature: _____ Date: _____**

## DÉCLARATION DE LA VICTIME

Nom de la victime : _____███████████_____

Affaire : États-Unis c. Fode Sitafa Mara Date du prononcé de la sentence : 26 février 2026 à 10 h 00 Numéro de dossier : 24-CR-00187-LKG Juge : Lydia Kay Griggsby

Si vous avez besoin d'espace supplémentaire pour répondre à une question, veuillez joindre une feuille de papier supplémentaire ou écrire au verso de cette page.

**Comment vous et les membres de votre famille avez-vous été affectés par ce crime?**

Cette situation à mon niveau est indescriptible parce que je ne m'attendais pas à vivre ça dans ma vie et ce crime m'a touché, fragilisé et le sentiment de culpabilité me poursuit car je me pose toujours la question et je m'avais fais ceci ou cela mais je me sens impuissante face à moi même parce que je n'ai pas pu me protéger, me défendre et impuissante face à ma sœur que je n'ai pas pu protéger A vrai dire, cette situation je continue à la vivre difficilement. Par rapport à ma famille c'est comme un écroulement subite, l'espoir et la confiance que nous avons placé en la famille Mara pour leur soutien se sont trouvés du coup brisé donc tout cela nous montre que nous ne pouvons plus compter sur l'aide des inconnus.

**Comment ce crime a-t-il affecté votre mode de vie et celui de votre famille ?**

Personnellement cette situation m'a rendue plus renfermer sur moi, j'évite les fréquentations surtout masculines et je m'isole de temps en temps, je me repasse le film des évènements. Franchement j'évite les gens de manières générale car je pense qu'ils lisent tout sur moi. Au niveau familial tout a basculé, il y a le manque de communication, y a la méfiance, plus de complicité entre frère et sœur le crime a affecté négativement la relation entre ma sœur et moi car

personne m'a confiance, c'est actuellement c'est vraiment embarassante.

Ce crime a-t-il affecté votre capacité à travailler, à gagner votre vie, à gérer votre foyer, à aller à l'école, etc. ?

Il m'a perturbé à l'école. Et j'avais vraiment du mal à me concentré, à chaque fois que j'essayais de me concentré c'était ces souvenirs qui me revenaient en tête, ça arrive souvent que je pleure en classe même pendant le cour, souvent c'est quand je suis seule que je pense beaucoup plus à ça. Après, avoir appris mes leçons je l'oublie vite mais je fais des efforts pour m'accrocher. Je n'ai plus l'enthousiasme à aider ma maman dans les tâches menagères, j'ai moins de vivacité.

Avez-vous ressenti l'une des réactions suivantes par suite de ce crime ? Veuillez noter que ce sont des réactions normales à un événement traumatisant.

Colère $\checkmark$ Anxiété $\checkmark$ Peur $\checkmark$ Chagrin $\checkmark$ Culpabilité $\checkmark$ Engourdissement $\checkmark$ Dépression $\checkmark$

Insomnie $\checkmark$ Cauchemars $\checkmark$ Fatigue chronique ___ Oublis $\checkmark$ Difficultés de concentration $\checkmark$

Autres réactions: irritabilité, urine fréquente jour et nuit

Vous-même ou votre famille avez-vous suivi une thérapie ou des séances de soutien psychologique suite à ce crime ? Veuillez expliquer.

En tant que victime j'ai été en contact avec la psychologue au moins 15 fois et des séances pour lesquelles j'ai bénéficié du soutien psychologique et ce sont des moments qui m'ont permi de m'extériorisé et de pouvoir partager mon vécu sans préjuger et être comprise. Les conseils et le soutien moral m'ont redonné confiance en moi et la force de pouvoir continuer de me battre. J'apprécie positivement ce accompagnement psychologique.
Ma famille m'a pas eu des séances psychologique juste des appels téléphoniques de la psychologue pour des conseils et aussi des visites et du soutien matériels.

Avez-vous été blessé physiquement suite à ce crime ? Si oui, veuillez décrire vos blessures et les traitements médicaux reçus.

Physiquement j'ai été bléssé car j'ai eu des déchirures et des saignements lors du viol, j'ai eu des maux de tête violents, des nausées et aussi des maux au niveau du bas ventre.
Non je m'ai pas reçu de soins parce que personne ne connaît ma situation
En plus de cela j'avais des sentiments d'être souiller, de perdre quelque chose de précieuse.

Pensez-vous que l'accusé représente toujours une menace pour vous, votre famille ou la communauté ?

Certe l'accusé represente une menace pour moi car je crains qu'une fois en liberté qu'il me retrouve et vouloir régler des comptes. Quant à ma famille c'est les mêmes craintes car elle m'a pas tenue compte de l'anonymat puite aux recommandations de l'accusé. Pour la communauté nous crayons que d'autres mineurs comme nous ne subissent le même sort.

Quel est votre avis concernant la peine que le tribunal devrait infliger à l'accusé ?

Quant à moi je me remets à la décision du Tribunal concernant la peine.

Restitution :

Avez-vous, ou une personne agissant en votre nom, intenté une action civile contre une partie quelconque à la suite de cette infraction ?

OUI_____  NON_____

Si OUI, veuillez indiquer le nom de l'affaire, le numéro de dossier et le tribunal compétent :

Veuillez énumérer tous les dommages et/ou dépenses occasionnés par ce crime. Détaillez chaque dépense individuellement et indiquez le montant total. Incluez les frais médicaux, y compris les consultations psychologiques, les biens perdus ou endommagés, les pertes de salaire, etc. Joignez les reçus ou autres justificatifs si possible. Il pourra vous être demandé de témoigner concernant les pertes énumérées dans votre déclaration de préjudice ; vos déclarations doivent donc être exactes et véridiques. Ces informations sont importantes pour que la restitution appropriée puisse être demandée lors du prononcé de la peine. Cela ne garantit pas que la restitution sera ordonnée ni qu'elle sera versée immédiatement. Cependant, sans ces informations, aucune restitution n'est possible.

- La consultation psychologique a été prise en charge par l'association KEOOGO

Y a-t-il autre chose que vous souhaiteriez porter à la connaissance du juge ? Si vous avez besoin d'espace supplémentaire pour répondre à une question, veuillez joindre une feuille de papier supplémentaire ou écrire au verso de cette page.

- Je souhaite que réparation soit faite à l'appréciation du juge.
- Nécessité de poursuite de l'accompagnement psychologique.

Signature: _____ Date:

02-01-2026