# VICTIM IMPACT STATEMENT

Victim Name: ███████████ [MV2]

Case Name: U.S. v. Fode Sitafa Mara                    Court Docket #: 24-CR-00187-LKG

Date of Sentencing: Feb 26, 2026 10:00 AM         Judge: Lydia Kay Griggsby

If you need additional space for any question, please attach an additional sheet of paper or write on the back of the page.

**How have you and members of your family been affected overall by this crime?**

This crime has caused me deep pain because I no longer feel like other girls of my age. I feel shame within myself because, in my mind, everyone knows what I went through. After what happened, I no longer go to prayer because I tell myself that God will not forgive me. When my classmates talk about rape, it brings back memories of what happened to me. I keep thinking that if my parents find out what happened, they will no longer be proud of me, and this makes me very sad.

**How has the crime affected you and your family's lifestyle?**

I no longer think the way I used to, when my priority was my studies. Now I think only about getting married and having children. What troubles my mind is that if I get married and my husband discovers that I am not a virgin, I wonder whether I would have the courage to tell him what happened to me.

**Has the crime affected your ability to work, make a living, run a household, go to school, etc?**

This prevents me from concentrating in class. I have difficulty retaining my lessons, and I forget them quickly. I no longer have the courage to go to school. Before, I did well in school and my parents were proud of me, but now I can no longer perform well academically, and my parents are very worried. They wonder why my studies have become this way.

**Have you experienced any of the following reactions to the crime?**
**Please realize these are normal reactions to a traumatic event.**

Anger __X_ Anxiety __X_ Fear __ Grief _X_ Guilt _X_ Numbness __ Depression __
Sleep Loss _X_ Nightmares _X_ Chronic Fatigue __ Forgetfulness _X_ Trouble Concentrating _X_

**Other Reactions:** I am not proud of myself.

**Have you or your family gone to therapy or counseling as a result of the crime? Please explain.**

At the beginning, I did not receive any follow-up care, but later I was taken to Keogo, where I had several counseling sessions with Tanti Adélaïde. Since then, many things have changed within me, and I am increasingly coming to terms with my situation. It was not easy, but her support helped me greatly. I have gained more self-confidence, and I now know that I have someone by my side with

whom I can share my problems and receive comfort. My family also received visits and guidance at home and at school.

**Were you physically injured as a result of the crime? If so, please describe your injuries and any medical treatment received.**

On the day he forced himself on me, I experienced severe pain and had difficulty walking home. After that, I suffered from headaches and dizziness, which continue to this day. At the time of the incident, I did not receive medical care, but later I went for consultations. Even this month of December, I was accompanied by Keogo for a medical consultation and to undergo medical examinations.

**Do you feel the defendant continues to be a threat to you, your family or the community?**

I am always afraid that he may return to harm us.

**What are your thoughts regarding the sentence the Court should impose on the defendant?**

I prefer that the court decide.


**Restitution:**

Have you or anyone on your behalf initiated civil action against any party as a result of this offense?

YES_____ NO_____


<u>If YES, please state the case name, docket number and court of jurisdiction:</u>

Please list any and all damages and or expenses incurred as a result of this crime. Itemize each expense individually and total the amount. Include medical expenses, including counseling, lost, or damaged property, lost wages, etc. Include receipts or other documentation where possible. You may be asked to testify as to the losses listed on your impact statement, so your statements must be accurate and truthful. <u>This information is important in order to request proper restitution for you at sentencing. It does not guarantee that restitution will be ordered or that it will be paid immediately. But, without this information, restitution cannot occur.</u>

**Is there anything else you would like the Judge to know? If you need additional space for any question, please attach an additional sheet of paper or write on the back of this page.**

--


**Signature: _____  Date: _____**

## DÉCLARATION DE LA VICTIME

Nom de la victime : ███████████████

Affaire : États-Unis c. Fode Sitafa Mara Date du prononcé de la sentence : 26 février 2026 à 10 h 00 Numéro de dossier : 24-CR-00187-LKG Juge : Lydia Kay Griggsby

Si vous avez besoin d'espace supplémentaire pour répondre à une question, veuillez joindre une feuille de papier supplémentaire ou écrire au verso de cette page.

**Comment vous et les membres de votre famille avez-vous été affectés par ce crime ?**

- Ce crime m'a beaucoup fait mal, car je me sentais plus comme les autres filles de mon âge. Je pens la honte à moi car avec moi tout le monde est au courant de ce que j'ai vécu. Après ce qui s'est passé je ne pars plus à la prière car je me dis que Dieu ne me pardonnera pas. Quand mes camarades parlent de viol ça me rappelle de ce qui m'ai arrivé. Je me mets à l'idée que si mes parents découvrent ce qui m'ai arrivé ils seront plus fière de moi et cela me rends triste.

**Comment ce crime a-t-il affecté votre mode de vie et celui de votre famille ?**

Je ne pense plus comme avant où la priorité était mes études et maintenant je ne pense qu'à me marié et avoir des enfants. Ce qui me préoccupe la tête est que si je me marie et que mon mari détermine trouve que je ne suis pas vierge est-ce que j'aura le courage de lui dire ce qui m'ai arrivé.

3

Ce crime a-t-il affecté votre capacité à travailler, à gagner votre vie, à gérer votre foyer, à aller à l'école, etc. ?

Ça m'empêche de me concentré en classe. J'ai des difficultés de retenir mes leçons et j'oublie vite aussi. Je n'ai plus l'audace d'aller à l'école. Avant je travaillais bien à l'école et mes parents étaient fière de moi mais maintenant je n'arrive plus à travaillé à l'école et mes parents s'inquiète vraiment ils se demande pourquoi mes études sont devenu ainsi?

Avez-vous ressenti l'une des réactions suivantes par suite de ce crime ? Veuillez noter que ce sont des réactions normales à un événement traumatisant.

(Colère) ___ (Anxiété) ___ Peur ___ (Chagrin) ___ (Culpabilité) ___ Engourdissement ___ Dépression ___

(Insomnie) ___ (Cauchemars) ___ Fatigue chronique ___ (Oublis) ___ (Difficultés de concentration) ___

Autres réactions: Je ne puis pas contente de moi-même

4

Vous-même ou votre famille avez-vous suivi une thérapie ou des séances de soutien psychologique suite à ce crime ? Veuillez expliquer.

Au début des faits je n'ai pas eu de punis mais par la suite j'ai été amener à Kecogo et j'ai eu plusieurs entretiens avec Tantie Adé et depuis ce temps beaucoup de choses ont changés en moi et j'accepte de plus en plus ma situation. Ce n'étais pas facile mais pourtant ma aidé et j'ai plus de confiance en moi et je puis maintenant que j'ai quelqu'un à mes côtés avec qui partagés mes problèmes pour avoir du reconfort. Ma famille a reçu des visites et des conseils à la maison et à l'école.

Avez-vous été blessé physiquement suite à ce crime ? Si oui, veuillez décrire vos blessures et les traitements médicaux reçus.

Le jour où il m'a forcé j'ai eu une très forte douleurs et j'avais de la peine pour marché j'Allor à la maison. Suite à cela j'ai eu des maux de tête et des vertiges et cela se poursuis jusqu'à nos jours. Au moment des faits je n'ai pas reçu des soins mais par la suite je suis allée en consultation et même ce mois de décembre j'ai été accompagné par Kecogo pour une consultation médical et pour faire des examens.

Pensez-vous que l'accusé représente toujours une menace pour vous, votre famille ou la communauté ?

J'ai toujours peur qu'il ne vient et s'en prendre à nous

Quel est votre avis concernant la peine que le tribunal devrait infliger à l'accusé ?

Je préfère que le tribunal décide

Restitution :

Avez-vous, ou une personne agissant en votre nom, intenté une action civile contre une partie quelconque à la suite de cette infraction ?

OUI_____   NON_____

Si OUI, veuillez indiquer le nom de l'affaire, le numéro de dossier et le tribunal compétent :

Veuillez énumérer tous les dommages et/ou dépenses occasionnés par ce crime. Détaillez chaque dépense individuellement et indiquez le montant total. Incluez les frais médicaux, y compris les consultations psychologiques, les biens perdus ou endommagés, les pertes de salaire, etc. Joignez les reçus ou autres justificatifs si possible. Il pourra vous être demandé de témoigner concernant les pertes énumérées dans votre déclaration de préjudice ; vos déclarations doivent donc être exactes et véridiques. Ces informations sont importantes pour que la restitution appropriée puisse être demandée lors du prononcé de la peine. Cela ne garantit pas que la restitution sera ordonnée ni qu'elle sera versée immédiatement. Cependant, sans ces informations, aucune restitution n'est possible.

Y a-t-il autre chose que vous souhaiteriez porter à la connaissance du juge ? Si vous avez besoin d'espace supplémentaire pour répondre à une question, veuillez joindre une feuille de papier supplémentaire ou écrire au verso de cette page.

Signature: ███████████   Date: 02/01/2026

8