# EXHIBIT #1

# LETTERS IN SUPPORT OF FODE MARA

Hon. Lydia Kay Griggsby
United States District Court for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: United States v. Fodé Mara

Dear Judge Grigsby:

I am the spouse of Fodé. I first met Fodé in February 2013 when I was living in his hometown for two years as a Peace Corps volunteer in Guinea, West Africa. We quickly became friends, developed a relationship, and were subsequently married in the United States in July 2015. Throughout the thirteen years that I have known Fodé, I have always found him to be a generous, kind, and open person, who never hesitates to help others and who supports everyone around him. He has consistently demonstrated this behavior not just towards me, but towards both of our families, our friends, and communities. I believe that an understanding of Fodé's positive character as I have observed it throughout all these years is pertinent to his sentencing.

When I first met Fodé in Guinea, he had recently moved back to the town where he grew up after many years away, and was already well integrated as a community leader, including participating in official events on behalf of community youth, lending his skills to women's groups when they needed someone who was able to read and write, and organizing community social events such as amicable sports competitions. When we moved to the United States together, Fodé also quickly built a community of friends and mentors through his ESL courses and other continuing education opportunities, including being selected among his classmates as a top student who was recognized in the state capital in New York. We moved a number of times throughout the following years, and in every place, Fodé enthusiastically found work, study, and volunteering opportunities while building positive relationships with those around him. He has also maintained strong connections to his home country and family, including supporting the primary school in his community by paying school fees for all of the village's children, counseling young men in his town, and providing financial support to extended family and friends. He has been a positive, contributing member of the many communities he has lived in.

As my spouse, Fodé has always been supportive, encouraging, and caring, including demonstrating extreme adaptability, selflessness, and consideration to support my goals by agreeing to follow me first to the United States and then to the many places and countries where my career took me, despite disruptions to his own academic and work pursuits. I have consistently and without fail observed Fodé to be generous with his time, always ready to put others at ease, loyal and dutiful towards those he loves, and invested in continuously improving himself. He has been described by many who know him as exceptionally good-natured.

I believe that based on these characteristics of Fodé that I have closely observed after sharing a life with him for thirteen years, his sentence should be of the shortest amount of possible time under the best possible conditions.

Sincerely,

Hillary Mara

Hillary Mara



# NYACCE

*New York Association for Continuing/Community Education*

## 34th Annual

# *Student of the Year*

## 2017

Awards Ceremony

&

Capitol Tour

Tuesday, October 17, 2017
**The Century House, Latham, New York**
Wednesday, October 18, 2017
**Empire State Plaza, Albany, New York**

# Mara Fodé

## Nominated by Julie Coulombe
*T-S-T BOCES Adult Education*

Fodé Mara was born in Ouré-Kaba, Guinea, a mostly Muslim nation which borders Senegal, Guinea Bissau, Sierra Leone, Liberia, Ivory Coast and Mali. Perhaps this accounts for the ten languages Fodé speaks: Ourienne, French, Pulaar, Fulacunda, Malinké, Susu, Manya, Bambara, Creole and now, English.

However impressive this list may seem, it also reflects the displaced life Fodé experienced growing up. Born with the all the energy, motivation and will to make something of his life, he was continually derailed, detoured, delayed and detained by circumstances out of his control. At age 7, just as he was dreaming of being able to go to school, his mother suddenly left the family. His father immediately sent Fodé to live with another family. He remembers it so well because it was the Muslim holy day of Eid-al-Adha and while the sons in the new family were all bathed and dressed handsomely in new clothes to celebrate, he was ignored. Fodé realized he no longer had a family and ran away. For six months he lived in the streets, collecting firewood in the surrounding forests by day to sell for a few penny's worth of food, and sleeping under the vendors' tables by night. One day he was recognized by a relative who took him home to live with them, but instead of allowing him to go to school as he hoped, they put him to work on their farm. He had to get up at 5:00 a.m. and take the sheep far out to pasture. Not until the sheep had finished grazing at noon was he allowed to come home to eat anything himself.

For the next five years, relatives would suddenly appear and take Fodé to live and work for them here and there – creating a great deal of uncertainty and upheaval for a child. But there was one constant in his life, a young friend named Jenebou. This stubborn little girl told her father she would not go to school anymore unless Fodé went with her. Surprisingly, her father agreed to this, and Fodé started school for the first time. There he was - a tall, skinny, 12-year-old *first grader*. His classmates and teachers called him "Grand-père," but he didn't mind - he was learning new things every day. He still had to care for his uncle's sheep mornings, nights and weekends and had to walk 2 miles home and back in the middle of the day to get lunch. He never thought of giving up and he managed to reach the 11th grade by the time he was 22.

It was then, unexpectedly, that Fodé's mother, after a 10-year absence, reappeared in his life. She told him that *her* dream was to have Fodé join the military, like his father. Fodé's schooling abruptly ended as he felt he must respect his mother's wishes. He trained for the military for four years, earning a black belt in Karate, which he still practices today, while working a side job repairing cell phones with his friend. After all that, in the end, he was not chosen for service. His education, strong body and mind were perceived to be a threat to them – he might be the kind of person who could try to overthrow their government someday. Fode settled for working at the repair shop but with the dream of finishing school never far from his mind.

Five years later, following a fateful meeting with an American volunteer in Oure-Kaba, Fodé wound up at the doorstep of the T-S-T BOCES ESL Program – a 31 year-old, recently married immigrant in Ithaca, New York with no high school diploma, no job and no English. He started in a beginning-level ESL class and his teachers immediately warmed to his open, can-do attitude toward life and learning. Within months he was speaking intermediate-level English and looking for opportunities to volunteer and work in the community. While going to ESL classes, he made scores of friends, found a job at a restaurant, and was a regular volunteer at the ESL office, troubleshooting laptop problems and creating digital posters and materials for the teachers. Soon he was attending a course and apprenticeship in computer repair. Through it all, Fodé has remained resolute in his pursuit of a high school diploma. He wants to go to college to major in Computer Technology, to make a living here and support his brothers' education back in Guinea. He says it has been hard trying to retrieve all that he learned more than 15 years ago, but so far he has passed the reading and essay sections of the TASC and is knuckling down to take the Science, Social Studies and Math sections soon. It's a beautiful thing when a bright young man is finally free to choose the path of his own life and we at TST BOCES are looking forward to seeing Fodé succeed.

January 12, 2026

Hon. Lydia Kay Griggsby
United States District Court for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: United States v. Fode Mara

Dear Judge Grigsby:

My name is Jane Levy, and I recently retired as Senior Manager of Volunteer Services at a federally qualified health care center serving those in need in Westchester and Putnam counties, New York. I am writing on behalf of my son-in-law, Fode Mara, whom I have known since he arrived in the United States in 2015.

I am aware of the allegations and convictions before the court. I hope to provide insight into Fode's character, accomplishments, and the positive contributions he has made, so that his entire life story can be taken into consideration during sentencing.

Fode earned my respect and admiration through his determination and resilience. He came to this country facing language and educational barriers, yet worked tirelessly to improve himself. He completed his GED, pursued higher education, and even received a NYS Community Education Award recognizing his achievements (see attached). His commitment to learning continues—he has spent his time awaiting trial studying English and Spanish and reading extensively, especially biographies. His thirst for knowledge reflects his belief that education is the key to a better life.

Fode is a warm, caring, and generous individual. He is the kind of person who gives without hesitation—whether volunteering for youth programs to teach karate and soccer, helping me manage my largest seasonal volunteer initiative, or sharing food, clothing, and even his own shoes with someone in need. Fode and my daughter built a life centered on giving and improving the lives of those less fortunate. Every year, he and my daughter fund the school in his home village in Guinea so children can have the education he fought so hard to achieve. Fode also supports his family abroad, including paying for his brother's education so that he could pursue a college degree; today, that brother is studying for his doctorate in France.

1

Fode is hardworking and never idle. He advanced from restaurant work to chef status through sheer dedication and skill. His work ethic was recognized when he was chosen to coordinate a major July 4th celebration at the U.S. Embassy in Burkina Faso. At home, he is equally industrious, helping the family with yard work, cooking, and household tasks.

Fode has overcome unimaginable hardship to become a productive individual who strives to give back. I respectfully ask the court to consider these aspects of Fode's life and grant leniency in sentencing. He has so much more to give—to his family, to his community, and to society.

Thank you for your time and compassion.

Respectfully,

*Jane Levy*
Jane Levy

5 Peck Road
Mt Kisco, New York 10549
914-318-2460
Jane.Levy17@gmail.com

att.

Hon. Lydia Kay Griggsby
United States District Court for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

January 12, 2015

Re: United States v. Fode Mara

Dear Judge Grigsby,

My name is Ted Rotante. I have lived in Chappaqua, New York, for 35 years and am a graduate of New York University. For the past 45 years, I have worked as a commercial real estate broker in New York City, representing major corporations and law firms in their office leasing needs.

My partner, Jane Levy, is the mother-in-law of Mr. Fode Mara, whom I have known for approximately ten years.

During this time, Fode has spent extensive periods in our home, and I have come to know him as a truly exceptional individual. His personality is uplifting, generous, and fully engaged with the world around him. When he stays with us, he does so not as a guest but as a genuine member of the household—helping with chores, cooking, cleaning, and taking on projects to improve our environment. His instinct to contribute and support others is constant and sincere.

I have often remarked that he has the qualities of a community leader. His concern for others, his desire to be helpful, and his natural ability to connect with people are among his strongest traits. Given the challenges of his upbringing, I have great admiration for what he has accomplished. He applies himself wholeheartedly to whatever he undertakes—whether teaching martial arts, working with technology, cooking, planning events, or tackling hands-on engineering tasks. He is remarkably capable across a wide range of skills.

Everyone in our extended family who has met him—at holidays, gatherings, and celebrations—holds him in high regard. He is consistently sociable, communicative, respectful, and caring. It is a pleasure to spend time with him.

Thank you for considering my perspective. I hope this provides meaningful insight into the character of the man I have come to know well.

Respectfully,

Ted Rotante

5 Peck Road
Mt Kisco, NY 10549
ted@rotante.com | 917-721-0548